UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARQUISE THOMPSON,

    Petitioner,

v.

JOHN DOE,

    Respondent.

Case No. 20-cv-03996-RS (PR)

**ORDER OF DISMISSAL**

Petitioner has not complied with the Court's instructions to file a petition and an application to proceed *in forma pauperis* (IFP). Accordingly, this federal habeas action is DISMISSED (without prejudice) for failing to comply with the Court's order and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, petitioner may move to reopen the action. Any motion to reopen must contain (i) a petition on this Court's form; and (ii) a complete IFP application (or full payment for the $5.00 filing fee). A complete IFP application includes the application form itself, a properly completed certificate of funds signed by an authorized prison officer, and a prison trust account statement showing transactions for the last six months. The Clerk shall enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED.**

**Dated:** August 10, 2020

_____
RICHARD SEEBORG
United States District Judge